**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ABHISHEK KUMAR, a/k/a Abhishek Abhishek,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-1661-R** |
| **FRED FIGUEROA, et al.,** | ) | |
| **Respondents.** | ) | |

**ORDER TO PETITIONER'S COUNSEL**

Petitioner Abhishek Kumar, a/k/a Abhishek Abhishek, a citizen of India proceeding with counsel, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") challenging his detention by the U.S. Immigration and Customs Enforcement ("ICE"). (Doc. 1). United States District Judge David L. Russell referred the matter to the undersigned Magistrate Judge for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (C). (Doc. 3). In accordance with the expedited briefing schedule, (Doc. 10), Respondents timely filed a Response, (Doc. 12), and the time to reply has passed.

An independent review of public record shows that on August 13, 2026, an immigration judge ordered Petitioner removed, and on September 2, 2026, the BIA received Petitioner's appeal. *See* EOIR Automated Case Information, https://acis.eoir.justice.gov/en/caseInformation (last visited September 17, 2026). The ICE Online Detainee Locator System returns zero search results for a citizen of India with Petitioner's A-Number. *See* https://locator.ice.gov/odls/#/search (last visited September

17, 2026). Zero search results on the ICE Online Detainee Locator System indicates that Petitioner may no longer be detained by Respondents.

**IT IS ORDERED that Petitioner's counsel file a notice with the Court on or before September 22, 2026, attaching any new documentation concerning Petitioner's location of detention and advising the effect Petitioner's detention status on the status of the pending Petition for habeas corpus.**

IT IS SO ORDERED this 17th day of September, 2026.

Amanda L. Maxfield

AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE