**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ABHISHEK KUMAR, a/k/a Abhishek Abhishek,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-1661-R** |
| **FRED FIGUEROA, et al.,** | ) | |
| **Respondents.** | ) | |

**ORDER**

Challenging his detention by Immigration and Customs Enforcement, Petitioner, Mr. Abhishek Kumar, seeks release from detention or a prompt bond hearing from this Court through a writ of habeas corpus under 28 U.S.C. § 2241. [Doc. No. 1]. The Court referred Mr. Kumar's petition to United States Magistrate Judge Amanda L. Maxfield, who recommended that the Court grant in part Mr. Kumar's petition and order a bond hearing pursuant to 8 U.S.C § 1226(a). No one objected. So the Court ADOPTS Judge Maxfield's R&R.

Accordingly, the Court GRANTS in PART the Petition for Writ of Habeas Corpus, Doc. No. 1, and directs Respondents to provide Mr. Kumar with a lawful bond hearing pursuant to § 1226(a) within seven days of the date of this order or otherwise release him if he has not received such a hearing within that period. Respondents shall certify their compliance with this Order.

IT IS SO ORDERED this 16th day of October, 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**